■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHEEN M. GAYDEN, Appellant. (Appeal No. 1.) [974 NYS2d 853]—Appeal from a judgment of the Monroe County Court (Elma A. Bellini, J.), rendered February 15, 2008. The judgment convicted defendant, upon a jury verdict, of murder in the second degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Gayden* ([appeal No. 2] 111 AD3d 1388 [2013]). Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.